MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>DUSTIN MICHAEL BURT,<br>    Defendant. | No. CR 11-0329 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO SUPPRESS OUT-OF-COURT IDENTIFICATIONS** |

    The parties respectfully submits the following stipulation and proposed order to revise the briefing schedule on the defendant's motion to suppress out-of-court identifications.

    1.    The parties last appeared before this Court for a status hearing on October 17, 2011. At that hearing, the Court set a briefing schedule on the defendant's motion to suppress certain out-of-court witness identifications. The defendant's motion was to be filed on October 31 2011, the government's opposition on November 21, and the defendant's reply on December 12. The defendant timely filed his motion on October 31.

    2.    The undersigned AUSA will unexpectedly be out of the office much of the latter half of November. In order to allow the government adequate time to complete its response to

ORDER REVISING BRIEFING SCHEDULE
CR 11-0329 SBA

1   the defendant's motion, the parties stipulate that the briefing schedule shall be revised as follows:

2        a.    The Government Opposition Brief shall be due on December 5; and

3        b.    The Defendant's Reply Brief shall be due on December 26.

5     IT IS SO STIPULATED.

7   DATED: November 15, 2011               /s/
                                        ANGELA HANSEN
8                                        Counsel for Dustin Michael Burt

10   DATED: November 15, 2011              /s/
                                        BRIAN C. LEWIS
11                                        Assistant United States Attorney

13     IT IS SO ORDERED.

15   DATED: 11/17/11                         /s/ Saundra B. Armstrong
                                          SAUNDRA BROWN ARMSTRONG
16                                        United States District Judge

ORDER REVISING BRIEFING SCHEDULE
CR 11-0329 SBA                                 -2-