MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Facsimile:  (510) 637-3724
E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0329-01 SBA |
| Plaintiff, ) ) | |
| v. ) | **ORDER REGARDING UNOPPOSED MOTION TO CORRECT SENTENCE PURSUANT TO RULE 35(a)** |
| DUSTIN MICHAEL BURT, ) | |
| Defendant. ) ) | |

**ORDER**

The government's unopposed Rule 35 motion is granted and the defendant's sentence is amended as follows: Dustin Michael Burt shall pay restitution in the amount of $5, 654 to Metro 1 Credit Union and $18,900 to Chase Bank.  Further, the offense conduct to which the defendant pled guilty ended February 24, 2011.

IT IS SO ORDERED.

DATED: 8/17/12

                                          _/s/ Saundra B. Armstrong_
                                          SAUNDRA B. ARMSTRONG
                                          United States District Judge

[PROPOSED] ORDER
CR 11-0329-01 SBA